Peter Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
Tel: (213) 340-5796

RONALD M. DAIGNAULT*
(*pro hac vice* to be filed)
rdaignault@daignaultiyer.com
CHANDRAN B. IYER
(*pro hac vice* to be filed)
cbiyer@daignaultiyer.com
DAIGNAULT IYER LLP
8618 Westwood Center Drive,
Suite 150
Vienna, VA 22182
Phone: (917) 838-9795

Attorneys for Plaintiff
DKR CONSULTING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKR CONSULTING LLC,<br><br>                    *Plaintiff*,<br><br>         v.<br><br>SHOPIFY, INC.,<br><br>                    *Defendant*. | Case No. 2:23-cv-6904<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>*JURY TRIAL DEMANDED* |

Plaintiff DKR Consulting, LLC ("DKR") files this Complaint against Shopify, Inc. ("Shopify") for patent infringement of United States Patent No. 10,846,785, No. 11,157,995, No. 11,455,678, and No. 11,488,237 (collectively the "patents-in-suit") and alleges as follows:

## JURISDICTION

1.     This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.* This Court therefore has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1338(a) (patents).

## THE PARTIES

2.     Plaintiff DKR is a limited liability company organized under the laws of the State of North Carolina with its principal place of business at 1101 Granville Road, Charlotte, North Carolina.

3.     Plaintiff's principal, Mr. David K. Robb ("Mr. Robb") was the CEO/Owner of DIY Media, Inc., which previously owned the patents-in-suit.

4.     DIY Media, Inc. had a business relationship with the Defendant, which among other things included having DIY Media's Shoppost platform integrated with Shopify's platform for a period of time.

5.     On information and belief, Defendant Shopify is a Canadian company with a principal address at 150 Elgin Street, 8th Floor, Ottawa, ON K2P 1L4, Canada.

## PERSONAL JURISDICTION AND VENUE

6.     On information and belief, Shopify is subject to this Court's personal jurisdiction, in accordance with due process and/or the California Long Arm Statute because, in part, Shopify has committed, and continues to commit, acts of infringement in the State of California, has conducted business in the State of California, and/or has engaged in continuous and systemic activities in the State of California.

7.     On information and belief, Shopify makes, uses, offers to sell, or sells a variety of products and services that rely, utilize, and/or employ in whole or in part functionality relating to an e-commerce store including without limitation, Shopify's E-commerce app, products and services incorporating in whole or in part Shopify's Admin API,[1]  products and services incorporating in whole or in part Shopify's Storefront API,[2]

---

[1] *See e.g.*, https://shopify.dev/api/admin.

[2] *See e.g.*, https://shopify.dev/api/storefront.

products and services incorporating in whole or in part Shopify's Partner API,[3] products and services incorporating in whole or in part Shopify's Payment Apps API,[4] products and services incorporating in whole or in part Shopify's Marketplaces API,[5] Shopify's Buy-Button,[6] Shop Pay,[7] among other Shopify products and service offerings that operate in a substantially similar manner to the above referenced examples (hereinafter referred to collectively and individually as the "Shopify e-commerce Products and Services".)

8.     On information and belief, the accused Shopify e-commerce Products and Services infringe one or more claims of each of the patents-in suit.

9.     This Court has personal jurisdiction over Shopify because it committed and continues to commit acts of infringement in this judicial district in violation of 35 U.S.C. § 271(a) and (b). In particular, on information and belief, Shopify has made, used, offered to sell and/or sold infringing products, services and/or systems in this judicial district, including the accused Shopify e-commerce Products and Services.

10.     On information and belief, Shopify is subject to the Court's jurisdiction because it regularly conducts and solicits business, or otherwise engages in a persistent courses of conduct in this district, and/or derives substantial revenue from the sale and distribution of goods and services provided to individuals and businesses in this district.

11.     This Court has personal jurisdiction over Shopify because, on information and belief, Shopify: (1) has committed acts of patent

---

[3] *See e.g.*, https://shopify.dev/api/partner.
[4] *See e.g.*, https://shopify.dev/api/payments-apps.
[5] *See e.g.*, https://shopify.dev/api/marketplaces.
[6] *See e.g.*, https://www.shopify.com/buy-button.
[7] *See e.g.*, https://shop.app/shop-pay.

infringement in this judicial district, (2) has substantial, continuous, and systematic contacts with this State and this judicial district; (3) owns, manages, and operates facilities in this State and this judicial district; (4) enjoys substantial income from its operations and sales in this State and this judicial district; (5) employs California residents in this State, and (6) solicits business and markets products, systems and/or services in this State and judicial district including, without limitation, the infringing Shopify e-commerce Products and Services.

12.     Venue is also proper pursuant to 28 U.S.C. § 1391(b), (c)(3), or (d) and/or 28 U.S.C. § 1400(b) and the Federal Circuit's decision in *In re Monolithic Power Sys.*, 50 F.4th 157 (Fed. Cir. 2022), at least because, upon information and belief, Shopify has multiple employees based out of this district (see screenshot below of a search conducted on LinkedIn).



13.     Venue is proper also because Shopify has transacted business in this district and has directly committed acts of patent infringement in this district, and because Shopify is a foreign corporation not residing in a United States judicial district, and, therefore, may be sued in any judicial district in accordance with 28 U.S.C. § 1391(c)(3).

## SHOPIFY'S WILLFUL INFRINGEMENT

14.     Before and/or during development of the infringing Shopify technologies, (a) Shopify was in possession of DIY Media's confidential technical information, which is the subject of the patents-in-suit and (b) on information and belief, Shopify had knowledge of DIY Media's pending patent applications and the asserted patents as they were issued.

15.     Shopify obtained DIY Media's confidential technical information through meetings/discussions with DIY Media when the parties were discussing potential technical and business collaborations from around 2011 to 2015.

16.     Meetings to discuss the ways to integrate Shopify with Shoppost were conducted starting in or around 2011.

17.     The parties met at SxSW in Austin in 2013 to further discuss the potential relationship between the companies, as well as features for upcoming releases.

18.     The patent applications that were filed at the time DIY Media and Shopify were having discussions, as well as their progeny, are the patents-in-suit.

19.     A Shopify/Shoppost partnership began in March 2014, and this was Shopify's first integration partner within an e-Commerce platform ecosystem.

20.     From July 9, 2014, to July 19, 2014, DIY Media's Shoppost app was promoted by Shopify and placed on the homepage of their app store.

21.     In late 2016, Shopify created a feature that exactly mirrored the functionality of Shoppost, knowing that this was DIY Media's patented technology.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## THE ASSERTED PATENTS

### United States Patent No. 11,455,678

22.     On September 27, 2022, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 11,455,678 ("the '678 patent") entitled "System and Method for Distributable E-Commerce Product Listings" to inventors David Robb, Grant Neerings, Cameron Patterson, Joseph Rodriguez, Quinton Richard Harris, and Benjamin Cook.

23.     The '678 patent is presumed valid under 35 U.S.C. § 282.

24.     DKR owns all rights, title, and interest in the '678 patent.

25.     DKR has not granted Shopify a license to the rights under the '678 patent.

26.     In the background section, the '678 patent notes that "consumers are using the Internet to purchase electronic content such as information products, music or to gain access to web sites that provide news or entertainment stories." The patent further recognizes that, at the same time, "the Internet is being used to engage in a wide variety of social networking between and among different individuals and online communities." *See* '678 patent at col. 1, *ll*. 25-45.

27.     The patent refers to this trend as the viral distribution of content with recommendations and referrals. *See id.* at col. 1, *ll*. 45-50.

28.     The patent observed that at the time of the invention, viral distribution of content focused on the use of electronic mail and there was a need for "enhanced capabilities to distribute content in a more immediate and engaging manner."

29.     The patent identified web widgets as a way to address the need but decried the limited functionality of current web widgets. *Id*. at col. 2, *ll*. 1-6.

30.     For this reason, the patent noted that "there is a significant and rapidly growing need for web widgets with enhanced capabilities that will enable content owners to more effectively use viral distribution of multimedia content and to exploit social media marketing trends to engage in purchase transactions and other forms of electronic commerce directly with current and prospective customers from web widgets over the Internet and over the rapidly growing number of mobile networks and associated mobile devices." *Id*. at col. 2, *ll*. 7-17.

31.     The claimed invention(s) of the '678 patent sought to solve problems with, and improve upon, existing web widgets. For example, the '678 patent states:

> Notwithstanding their useful role in these types of applications, current web widgets are not used as self-contained electronic commerce platforms. Yet, there is a significant and rapidly growing need for web widgets with enhanced capabilities that will enable content owners to more effectively use viral distribution of multimedia content and to exploit social media marketing trends to engage in purchase transactions and other forms of electronic commerce directly with current and prospective customers from web widgets over the Internet and over the rapidly growing number of mobile networks and associated mobile devices.

*See* '678 patent at col. 2, *ll*. 7-18.

32.     Accordingly, the '678 patent describes, among other things, the creation, distribution, and use of an enhanced web widget to provide multimedia content over a computer network.

33.     The '678 patent describes as one implementation, among other things, configuring the enhanced widget as an embeddable buy button to complete a commercial transaction in an e-commerce store.

34.     The specification of the '678 patent and the invention(s) claimed in the patent detail and solve *inter alia* various technological problems inherent in the distribution of multimedia content over a computer communications network by creating an enhanced widget that (1) allowed

for buying items over the Internet, (2) could be transported, shared or embedded on essentially any social media platform, (3) allowed for retrieval of content, (4) contained a transaction processing component operative to execute and complete a commercial transaction in the embedded electronic commerce store pertaining to the multimedia content files, and (5) allowed merchants to track purchases as it generated a unique URL every time it was shared.

**United States Patent No. 10,846,785**

35.     On November 24, 2020, the USPTO duly and legally issued United States Patent No. 10,846,785 ("the '785 patent") entitled "System and Method for Generating and Distributing Embeddable Buy Buttons" to inventors David Robb, Grant Neerings, Cameron Patterson, Joseph Rodriguez, Quinton Richard Harris, and Benjamin Cook.

36.     The '785 patent is presumed valid under 35 U.S.C. § 282.

37.     DKR owns all rights, title, and interest in the '785 patent.

38.     DKR has not granted Shopify a license to the rights under the '785 patent.

39.     The '785 patent relates to, among other things, an embeddable buy button to complete a commercial transaction in an e-commerce store.

40.     The invention(s) claimed in the '785 patent is a continuation of the '678 patent and solves the same technological challenges as the '678 patent.

**United States Patent No. 11,157,995**

41.     On October 26, 2021, the USPTO duly and legally issued United States Patent No. 11,157,995 ("the '995 patent") entitled "System and Method for Generating and Distributing Embeddable Electronic Commerce Stores" to inventors David Robb, Grant Neerings, Cameron Patterson, Joseph Rodrigues, Quinton Richard Harris, and Benjamin Cook.

42.     The '995 patent is presumed valid under 35 U.S.C. § 282.

43.     DKR owns all rights, title, and interest in the '995 patent.

44.     DKR has not granted Shopify a license to the rights under the '995 patent.

45.     The '995 patent relates to, among other things, generating an embeddable electronic commerce store.

46.     The invention(s) claimed in the '995 patent is a continuation of the '678 patent and solves the same technological challenges as the '678 patent.

**United States Patent No. 11,488,237**

47.     On November 1, 2022, the USPTO duly and legally issued United States Patent No. 11,488,237 ("the '237 patent") entitled "System and Method for Facilitating Social Shopping" to inventors David Robb, Grant Neerings, Cameron Patterson, Joseph Rodriguez, Quinton Richard Harris, and Benjamin Cook.

48.     The '237 patent is presumed valid under 35 U.S.C. § 282.

49.     DKR owns all rights, title, and interest in the '237 patent.

50.     DKR has not granted Shopify a license to the rights under the '237 patent.

51.     The '237 patent relates to, among other things, a portable web widget for distribution of e-commerce content.

52.     The invention(s) claimed in the '237 patent is a continuation of the '678 patent and solves the same technological challenges as the '678 patent.

**CLAIMS FOR RELIEF**

**Count I Infringement of United States Patent No. 11,455,678**

53.     DKR realleges and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

54.     On information and belief, Shopify infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '678 patent because it makes, uses, sells, imports and/or offers to sell the Shopify e-commerce Products and Services in the United States.

55.     On information and belief, the Shopify e-commerce Products and Services employ and provide a system for distributing multimedia content over a network comprising a server configured to control a transaction processing service.



*See e.g.*, https://www.shopify.com/online.

56.     On information and belief, the Shopify e-commerce Products and Services employ and provide a system for distributing multimedia content over a network comprising a storage resource communicatively coupled to the server and configured to store an item, wherein the item comprises an identifier, multimedia content, and metadata.

///



*See e.g.*, adding images, descriptions and metadata for each product.

57.    On information and belief, the Shopify e-commerce Products and Services employ and provide a system where the server is configured to receive the item from the storage resource.

> ## Setting up your online store
>
> After you've set up Shopify, most of the work is done.
>
> - Your online store will automatically use your Shopify settings for checkout and order fulfillment.
> - Your products will automatically appear on your online store.
> - Your online store is automatically assigned a unique `.myshopify.com` domain name, or website address. You domain name looks like `your-store-name.myshopify.com` and it's based on either the store name that you entered when you signed up or the domain name that was autogenerated if you did not enter a store name at that time. You can change your `.myshopify.com` domain name one time after you sign up for Shopify. Learn more about changing your `.myshopify.com` domain name.

*See e.g.*, *h*ttps://help.shopify.com/en/manual/online-store/setting-up#customize-and-launch-your-online-store.

58.    On information and belief, the Shopify e-commerce Products and Services employ and provide a system to execute a widget builder resource configured to generate a product listing, wherein the product

listing includes information associated with the item, a marketplace rule, and a clickable buy button.



*See e.g.*, of Kylie Cosmetics, powered by Shopify, https://kyliecosmetics.com/.

*See e.g.*, https://help.shopify.com/en/manual/shipping/setting-up-and-managing-your-shipping/setting-up-shipping-zones.

## Discounts

Offering discounts can be a marketing strategy that you use to drive sales in your Shopify store. To offer discounts, you can create discount codes, set up automatic discounts, or set sale prices for individual products.

You can create codes for a dollar value discount, a percentage discount, a buy X get Y discount, or a free shipping discount. Customers can enter discount codes online at checkout, or in person if you're using Shopify POS.

You can update and manage existing discounts from the **Discounts** page in Shopify. Before you update a discount, check if another staff member might also be making changes to the same discount.

*See e.g.,* https://help.shopify.com/en/manual/discounts.

59.     On information and belief, the Shopify e-commerce Products and Services employ and provide a system to distribute the product listing to a web site or a distributed application, wherein the product listing is configured to be displayed on the web site or the distributed application based on a marketplace rule.



*See e.g.,* https://www.shopify.com/online.

1

2

3

4

5

6

7

8

9

10

11

12

## Sales channels

You can use Shopify to sell your products on different online **sales channels**. Sales channels represent the different platforms where you sell your products. By connecting each sales channel to Shopify, you can keep track of your products, orders, and customers in one place.

After you add a sales channel, it will be listed under **Sales Channels** in Shopify.

| **Facebook** | Post and sell your products directly from the **Shop** tab on your store's Facebook page. |
| --- | --- |
| **Instagram** | Sell your products on Instagram by tagging them when they appear in your Instagram posts. |

13 *See e.g.,* https://help.shopify.com/en/manual/online-sales-channels.

14      60.     On information and belief, the Shopify e-commerce Products

15 and Services employ and provide a system to receive an indication that the

16 clickable buy button has been selected by a remote computing device.

17

18

19

20



21

22

23

24

25

26

27

28

COMPLAINT

1  *See*, *e.g.*, screenshots from Kylie Cosmetics' Instagram store, powered by
2  Shopify.

3      61.    On information and belief, the Shopify e-commerce Products
4  and Services employ and provide a system to provide a checkout screen to
5  the remote computing device, wherein the transaction processing service is
6  configured to process a payment for a purchase of a product associated
7  with the product listing, the purchase initiated from the checkout screen
8  using the remote computing device.



*See e.g.*, screenshots from Kylie Cosmetics' Instagram store, where items are purchased through ShopPay, both of which are powered by Shopify.

62.   Shopify's direct infringement has damaged DKR and caused it to suffer and continue to suffer irreparable harm and damages.

**Count II – Infringement of United States Patent No. 10,846,785**

63.   DKR realleges,and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

64.   On information and belief, Shopify infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '785 patent because it makes, uses, sells, imports and/or offers to sell the Shopify e-commerce Products and Services in the United States.

65.   On information and belief, the Shopify e-commerce Products and Services employ and provide a method for embedding a buy button for an electronic commerce store.





*See e.g.,* https://www.shopify.com/buy-button.

66.     On information and belief, the Shopify e-commerce Products and Services employ and provide a method that comprises receiving, by an embeddable buy button builder execution on a first server operated by a buy button provider, a selection of an item from an item inventory and a representation of the item, wherein the item is to be listed for sale on the electronic commerce store.



1

2

3

4

5

6

7

8

9

10

11



12   *See e.g.,* https://www.shopify.com/buy-button.

13

14

15

16

17

18



19   *See e.g.,* server information from a source code inspector tool while

20   accessing the Shopify Buy button builder.

21

22

23

24

25

26

27



28   *See e.g.,* inventory selection of an item from the Shopify Product Buy Button.

18

67.   On information and belief, the Shopify e-commerce Products and Services employ and provide a method that generates, by the first server, the embeddable buy button, wherein the embeddable buy button is configured to display the representation of the item, and a hyperlink.



*See e.g.*, dialog boxes from Shopify's Buy Button builder that are used to generate Buy Button embedded code.

68.     On information and belief, the Shopify e-commerce Products and Services employ and provide a method that embeds, by the buy button provider, the embeddable buy button into a web site, wherein the web site is executed by a second server not operated by the buy button provider.

```
<script data-shopify-buy-ui>
    var scriptURL = 'https://sdks.shopifycdn.com/buy-
button/latest/buy-button-storefront.min.js';
    if (window.ShopifyBuy && window.ShopifyBuy.UI) {
        ShopifyBuyInit();
    } else {
        var script = document.createElement('script');
        script.async = true;
        script.src = scriptURL;
        (document.getElementsByTagName('head')[0] ||
document.getElementsByTagName('body')[0]).appendChild(script);
        script.onload = ShopifyBuyInit;
    }

    function ShopifyBuyInit() {
        var client = ShopifyBuy.buildClient({
            domain: 'testing-store-298.myshopify.com',
            storefrontAccessToken: '0a1977566039b9a647b6db514f55b01d'
        });

        ShopifyBuy.UI.onReady(client).then(function (ui) {
            ui.createComponent('product', {
                id: 12345,
                options: {
                    product: {
                        buttonDestination: 'cart',
                        contents: {
                            description: true
                        },
```

*See e.g.*, source code from Shopify Buy Button in an externally hosted website.



*See e.g.*, server information from a source code inspector tool while accessing the Shopify Buy button builder.

COMPLAINT

1

2

3

4

5

6

```
Q = new W(window), G = 18e5, H = 62208e6, J = "shopify", K = ".shopify.com", Y =
".myshopify.com", X = ".oberlo.com", $ = {
    parse: function(t) {
        for (var e = {}, n = t.split(/ *; */), a = 0; a < n.length; a++) {
        var i = n[a].split("=");
        try {
            e[decodeURIComponent(i[0])] = decodeURIComponent(i[1] || "")
        } catch (t) {}
    }
    return e
},
```

7

8

*See e.g.*, the JavaScript file code showing the server associated with the origin domain.

9

10

11

12

13

14



15

*See e.g.*, [https://www.shopify.com/buy-button](https://www.shopify.com/buy-button).

16

69.  On information and belief, the Shopify e-commerce Products

17

and Services employ and provide a method where the electronic commerce

18

store is displayed within the web site upon selection of the hyperlink, the

19

electronic commerce store configured to facilitate payment processing

20

related to a purchase of the item, and wherein the electronic commerce

21

store is operated by the buy button provider.

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16   *See e.g.*, a Wordpress blog displaying the Shopify Buy Button, on a blog

17   hosted by Wordpress.org.

18       70.    Shopify's direct infringement has damaged DKR and caused it

19   to suffer and continue to suffer irreparable harm and damages.

20       **Count III – Infringement of United States Patent No. 11,157,995**

21       71.    DKR realleges and incorporates by reference, as if fully set forth

22   here, the allegations of the preceding paragraphs above.

23       72.    On information and belief, Shopify infringes (literally and/or

24   under the doctrine of equivalents) at least claim 1 of the '995 patent because

25   it makes, uses, sells, imports and/or offers to sell the Shopify e-commerce

26   Products and Services in the United States.

27

28

1    73.    On information and belief, the Shopify e-commerce Products

2  and Services employ and provide a method of generating an electronic

3  commerce store.

4

5

6



7

8

9

10

11

12  *See e.g.,* [https://www.shopify.com/online](https://www.shopify.com/online).

13    74.    On information and belief, the Shopify e-commerce Products

14  and Services employ and provide a method of controlling a transaction

15  processing service.

16

17

18

19



20

21

22

23

24  *See e.g.,* https://stackshare.io/shopify/shopify, for Shopify's utilization of

25  NGINX web servers.

26

27

28

1
2
3
4
5
6
7
8



9  *See e.g.*, https://shop.app/shop-pay.

10     75.   On information and belief, the Shopify e-commerce Products

11  and Services employ and provide a method of a storage resource

12  communicatively coupled to the application server, the storage resource

13  storing an image and metadata related to a product.

14
15
16
17
18
19
20
21

22  *See e.g.*, https://www.shopify.com/website/hosting.

23
24
25
26
27
28



*See e.g.*, adding images, descriptions, and metadata for each product.

76.   On information and belief, the Shopify e-commerce Products and Services employ and provide a method of a widget builder resource executing on the application server, the widget builder resource configured to receive the image and metadata from the storage resource.

*See e.g.*, adding images, descriptions, and metadata for each product.

1

2

**Setting up your online store**

After you've set up Shopify, most of the work is done.

- Your online store will automatically use your Shopify settings for checkout and order fulfillment.
- Your products will automatically appear on your online store.
- Your online store is automatically assigned a unique `.myshopify.com` domain name, or website address. You domain name looks like `your-store-name.myshopify.com` and it's based on either the store name that you entered when you signed up or the domain name that was autogenerated if you did not enter a store name at that time. You can change your `.myshopify.com` domain name one time after you sign up for Shopify. Learn more about changing your `.myshopify.com` domain name.

9    *See e.g.,* https://help.shopify.com/en/manual/online-store/setting-

10   up#customize-and-launch-your-online-store.

11       77.    On information and belief, the Shopify e-commerce Products

12   and Services employ and provide a method of a widget builder resource

13   executing on the application server, the widget builder resource configured

14   to generate a product listing, wherein the product listing includes the

15   image, the metadata and a clickable link, wherein the clickable link is a buy

16   button and includes a preview of the product.

17

18

**Setting up your online store**

After you've set up Shopify, most of the work is done.

- Your online store will automatically use your Shopify settings for checkout and order fulfillment.
- Your products will automatically appear on your online store.
- Your online store is automatically assigned a unique `.myshopify.com` domain name, or website address. You domain name looks like `your-store-name.myshopify.com` and it's based on either the store name that you entered when you signed up or the domain name that was autogenerated if you did not enter a store name at that time. You can change your `.myshopify.com` domain name one time after you sign up for Shopify. Learn more about changing your `.myshopify.com` domain name.

25   *See e.g.,* https://help.shopify.com/en/manual/online-store/setting-

26   up#customize-and-launch-your-online-store.

27

28

COMPLAINT

1

2

3

4

5

6

7

8

9

10



11  *See e.g.*, https://kyliecosmetics.com/.

12      78.     On information and belief, the Shopify e-commerce Products

13  and Services employ and provide a method of a widget builder resource

14  executing on the application server, where the application server is

15  configured to embed the product listing into a web site, and into a social

16  media network.

17

18

19

20

21

22

23

24

25

26  *See e.g.*, https://help.shopify.com/en/manual/online-sales-channels.

27      79.     On information and belief, the Shopify e-commerce Products

28  and Services employ and provide a method wherein when the application

1 | server receives an indication that the clickable link has been activated by a
2 | client device in Internet communication with the web site, the client device,
3 | wherein the transaction processing service process a payment transaction
4 | for a purchase of the product initiated from the checkout screen using the
5 | client device.





COMPLAINT

*See e.g.*, screenshots from Kylie Cosmetics' Instagram store, powered by Shopify.

80.     Shopify's direct infringement has damaged DKR and caused it to suffer and continue to suffer irreparable harm and damages.

**Count IV – Infringement of United States Patent No. 11,488,237**

81.     DKR realleges and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

82.     On information and belief, Shopify infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '237 patent because it makes, uses, sells, imports and/or offers to sell the Shopify e-commerce Products and Services in the United States.

83.     On information and belief, the Shopify e-commerce Products and Services employ and provide a system for generating an electronic commerce store comprising an application server configured to control a transaction processing service.



*See e.g.*, https://www.shopify.com/online.

1

2

3

4

5

6

7



8   *See e.g.*, https://stackshare.io/shopify/shopify/shopify, for Shopify's

9   utilization of NGINX web servers.

10

11

12

13   

14

15

16

17   *See e.g.*, https://shop.app/shop-pay.

18        84.     On information and belief, the Shopify e-commerce Products

19   and Services employ and provide a system for generating an electronic

20   commerce store comprising a storage resource communicatively coupled to

21   the application server, the storage resource storing information related to a

22   product, the information comprising, multimedia content associated with

23   the product and metadata associated with the product.

24

25

26

27

28



*See e.g.*, https://www.shopify.com/website/hosting.

*See e.g.*, adding images, descriptions and metadata for each product.

85.   On information and belief, the Shopify e-commerce Products and Services employ and provide a system where the application server is configured to receive information from the storage resource.

COMPLAINT

1    *See e.g.*, https://help.shopify.com/en/manual/online-store/setting-
2    up#customize-and-launch-your-online-store.

3        86.    On information and belief, the Shopify e-commerce Products
4    and Services employ and provide a system that executes a widget builder
5    resource configured to generate a product listing, wherein the product
6    listing includes a preview of the product based on the information from the
7    storage resource, and a clickable link wherein the clickable link comprises a
8    buy button.



16    *See e.g.*, screenshots from https://kyliecosmetics.com/en-us of a product
17    listing including a preview, and a clickable link which comprises a buy
18    button.

19        87.    On information and belief, the Shopify e-commerce Products
20    and Services employ and provide a system to distribute the product listing
21    to a web site or a distributed application, wherein the product listing is
22    configured to be displayed on the web site or the distributed application.



*See e.g.,* https://www.shopify.com/online.



*See e.g.,* https://stackshare.io/shopify/shopify, for Shopify's utilization of NGINX web servers.

## Sales channels

You can use Shopify to sell your products on different online **sales channels**. Sales channels represent the different platforms where you sell your products. By connecting each sales channel to Shopify, you can keep track of your products, orders, and customers in one place.

After you add a sales channel, it will be listed under **Sales Channels** in Shopify.

COMPLAINT

| Facebook | Post and sell your products directly from the **Shop** tab on your store's Facebook page. |
| Instagram | Sell your products on Instagram by tagging them when they appear in your Instagram posts. |

*See e.g.*, https://help.shopify.com/en/manual/online-sales-channels.

88.   On information and belief, the Shopify e-commerce Products and Services employ and provide a system that receives an indication that the clickable link has been selected by a remote computing device.



*See e.g.*, screenshots from Kylie Cosmetics' Instagram store powered by Shopify.

89.   On information and belief, the Shopify e-commerce Products and Services employ and provide a system that provides a checkout screen to the remote computing device, wherein the transaction processing service is configured to process a payment for a purchase of the product initiated from the checkout screen using the remote computing device.

## Shop Pay

Shop Pay is an accelerated checkout that lets customers save their email address, credit card, and shipping and billing information. This can save your customers time when they check out, especially if they've already opted in to Shop Pay on any Shopify store. If your store offers a local pickup or delivery option, then customers can choose that option during checkout with Shop Pay.

A customer needs to enter an email address at checkout in order to save their payment information. Customers who only enter a phone number in the contact field aren't prompted to save their information. Learn more about accelerated checkouts.

The customer's shipping and billing information is securely stored on Shopify's PCI compliant servers and is only shared with your store if an order is placed. If your customers have questions about how Shop Pay works, or how their data is stored, then you can refer them to the Shop Pay Help Center page.

*See e.g.,* https://help.shopify.com/en/manual/payments/shop-pay.



*See e.g.,* screenshots from Kylie Cosmetics' Instagram store, where items are purchased through ShopPay, both of which are powered by Shopify.

90.     Shopify's direct infringement has damaged DKR and caused it to suffer and continue to suffer irreparable harm and damages.

COMPLAINT

## **PRAYER FOR RELIEF**

DKR respectfully requests this Court to enter judgment in DKR's favor and against Shopify as follows:

A.   finding that Shopify has infringed one or more claims of the '785 patent under 35 U.S.C. § 271(a) and/or (b);

B.   finding that Shopify has infringed one or more claims of the '995 patent under 35 U.S.C. § 271(a) and/or (b);

C.   finding that Shopify has infringed one or more claims of the '678 patent under 35 U.S.C. § 271(a) and/or (b);

D.   finding that Shopify has infringed one or more claims of the '237 patent under 35 U.S.C. § 271(a) and/or (b);

E.   awarding DKR damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

F.   awarding DKR pre-judgment and post-judgment interest on the damages award and costs;

G.   awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

H.   awarding such other costs and further relief that the Court determines to be just and equitable.

## **JURY DEMANDED**

Under Federal Rule of Civil Procedure 38(b), DKR hereby requests a trial by jury on all issues so triable.

Dated:  August 22, 2023       **PERKOWSKI LEGAL, PC**

**DAIGNAULT IYER LLP**

By:   /s/ Peter Perkowski
        Peter E. Perkowski

        Attorneys for Plaintiff
        DKR CONSULTING, LLC

COMPLAINT