| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Henry Nikogosyan (State Bar No. 326277)<br>Henry.Nikogosyan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br><br>ATTORNEY(S) FOR: Shopify Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DKR Consulting, LLC<br><br>Plaintiff(s),<br>v.<br>Shopify, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:23-cv-06904-HDV-JC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Shopify Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Shopify Inc. | Defendant |

| | |
|---|---|
| 1/3/2024<br>Date | /s/ Henry Nikogosyan<br>Signature<br><br>Attorney of record for (or name of party appearing in pro per):<br>Henry Nikogosyan |