Gregory Lantier (*pro hac vice*)
Gregory.Lantier@wilmerhale.com
Haixia Lin (*pro hac vice*)
Haixia.Lin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. N.W.
Washington, DC 20037
Telephone: (202) 663-6327
Fax: (202) 663-6363

Liv Herriot (State Bar No. 267694)
Liv.Herriot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6138
Fax: (650) 858-6100

Henry Nikogosyan (State Bar No. 326277)
Henry.Nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendant
SHOPIFY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DKR Consulting LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>Shopify, Inc.<br><br>                    Defendant. | Case No.  2:23-cv-06904-HDV-JC<br><br>**NOTICE OF MOTION; DEFENDANT SHOPIFY, INC.'S RULE 12(B)(6) MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Hearing Date: April 11, 2024 at 10:00 a.m.<br>Courtroom: 5B<br>Judge: Hon. Hernán D. Vera |

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE THAT on April 11, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Courtroom 5B, 5th Floor, before the Honorable Hernán D. Vera, Defendant Shopify Inc. will move, and hereby does move, for an order dismissing Plaintiff DKR Consulting LLC's First Amended Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

This motion is made following a conference of counsel pursuant to Local Rule 7-3 which took place on February 29, 2024.  Plaintiff informed Defendant that it disagreed with the substance of the motion and that it intended to oppose.

Dated:  March 6, 2024

By: /s/   *Henry Nikogosyan*

Gregory H. Lantier (*pro hac vice*)
Gregory.Lantier@wilmerhale.com
Haixia Lin (*pro hac vice*)
Haixia.Lin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave
Washington, DC 20037
Telephone: (202) 663-6327
Fax: (202) 663-6363

Liv Herriot (State Bar No. 267694)
Liv.Herriot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6138
Fax: (650) 858-6100

Henry Nikogosyan (State Bar No. 326277)
Henry.Nikogosyan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

-1-

-2-

1

Fax: (213) 443-5400

2

Attorneys for Defendant
SHOPIFY, INC.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a copy of the foregoing document was served on all attorneys of record

3    via the Court's ECF system on March 6, 2024.

4

5

6                                              By: /s/  *Henry Nikogosyan*

7                                                   Henry Nikogosyan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-